**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 09-1508**

_____

GLORIA D. SMITH,

        Plaintiff - Appellant,

    v.

ESTES EXPRESS,

        Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Robert E. Payne, Senior District Judge. (3:08-cv-00574-REP)

_____

Submitted: July 23, 2009        Decided: July 27, 2009

_____

Before WILKINSON and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Gloria D. Smith, Appellant Pro Se. Robert B. Meyer, David Lee Terry, POYNER SPRUILL, LLP, Charlotte, North Carolina; Daryl Eugene Webb, Jr., Laura Denise Windsor, TROUTMAN & SANDERS, LLP, Richmond, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gloria D. Smith appeals the district court's order granting her employer's motion for summary judgment, dismissing her complaint of racial and age discrimination and retaliation. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Smith v. Estes Express, No. 3:08-cv-00574-REP (E.D. Va. Apr. 14, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2